UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLENN ALIN MARTINOFF,

    Plaintiff,

v.                                     CASE NO. 6:05-cv-1590-Orl-19KRS

J. JONES, et al.,

    Defendants.

## ORDER OF TRANSFER

After examination of the Complaint, it appears that this action should have been filed in the United States District Court, Middle District of Florida, Ocala Division. Accordingly, pursuant to 28 U.S.C. § 1406 and Rule 1.02(e), Rules of the United States District Court for the Middle District of Florida, it is now

**ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Middle District of Florida, Ocala Division.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __26th__ day of October, 2005.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 10/26
Glenn Alin Martinoff

2